United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-4271

Christopher W. Nolan,                            *
                                                *
            Appellant,                          *
                                                *
     v.                                         *
                                                * Appeal from the United States
Douglas Weber, Warden of the SD                 * District Court for the District
State Penitentiary; Mark W. Barnett,            * of South Dakota.
Attorney General of the State of SD;            *
Jason Krause, Inmate at Springfield             *        [UNPUBLISHED]
State Prison; Matthew Fuller, Inmate            *
at Springfield State Prison; Warren             *
McBride, Inmate at Springfield State            *
Prison; John Doe, Correctional Officer          *
at the Springfield State Prison; All            *
Agents and successors individually and          *
in their official capacity,                     *
                                                *
            Appellees.                          *

_____

Submitted: April 6, 1998
Filed: April 14, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
      Judges.

_____

PER CURIAM.

Christopher Nolan appeals from the District Court's[1] order dismissing without prejudice his 42 U.S.C. § 1983 (1994) action for failing to state a claim under 28 U.S.C.A. § 1915(e)(2)(B)(ii) (West Supp. 1998).  After careful review of the record and Nolan's submissions, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.